# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY RENEE BROOKS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-10-0035-F ) |
| MILLICENT NEWTON-EMBRY, WARDEN, and ATTORNEY GENERAL OF THE STATE OF OKLAHOMA | ) ) ) ) |
| Respondents. | ) ) |

## ORDER

This action is brought by petitioner, a state prisoner appearing *pro se*, for habeas relief under 28 U.S.C. § 2254. On January 19, 2010, Magistrate Judge Valerie K. Couch filed a Report and Recommendation recommending that the petition be transferred to the United States District Court for the Northern District of Oklahoma. The Report advised petitioner that failure to timely object to the Report waives the right to appellate review of both factual and legal issues contained in the Report. Petitioner has not responded to the Report and has not asked for an extension of time within which to respond. With no objection having been filed, the court, after review, hereby **ADOPTS**, **ACCEPTS** and **AFFIRMS** the Report and Recommendation of Magistrate Judge Couch. Accordingly, this action is hereby **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma for all further proceedings.

Dated this 3rd day of February, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE